IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| APPLICA CONSUMER PRODUCTS, INC., § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:07cv73 | |
| § | | |
| DOSKOCIL MANUFACTURING § | JURY TRIAL REQUESTED | |
| COMPANY, INC., and LUCKY LITTER LLC § | | |
|     Defendants. § | | |

**APPLICA CONSUMER PRODUCTS INC.'S
CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Applica Consumer Products, Inc. ("Applica") in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure. A nongovernmental corporate party to any action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares as follows:

Applica is a wholly-owned subsidiary of Salton, Inc. Harbinger Capital Partners Master Fund I, Ltd. and Harbinger Capital Partners Special Situations Fund, L.P. (collectively, "Harbinger Capital Partners"), are the controlling stockholders of Salton, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

AUS01:495033.1

Dated:  February 4, 2008                    Respectfully submitted,

                                        */s/ William Beard*
                                        **R. William Beard, Jr.**

Bruce W. Slayden II (TX State Bar No. 18496695)
bruce.slayden@bakerbotts.com
Kevin M. Sadler (TX State Bar No. 17512450)
kevin.sadler@bakerbotts.com
 **ATTORNEY-IN-CHARGE**
R. William Beard, Jr. (TX State Bar No. 00793318)
william.beard@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd.
Austin, Texas  78701
tel (512) 322-2589
fax (512) 322-8332

S. Calvin Capshaw III (State Bar No. 03783900)
ccapshaw@mailbmc.com
BROWN McCARROLL L.L.P.
1127 Judson Road, suite 220
Longview, TX  75601-5157
tel (903) 233-4826
fax (903) 236-8787

ATTORNEYS FOR PLAINTIFF APPLICA
CONSUMER PRODUCTS, INC.

**Certificate of Service**

I certify that on February 4, 2008, all counsel are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

>   */s/ William Beard*
>   **R. William Beard, Jr.**