UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| APPLICA CONSUMER PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOSKOCIL MANUFACTURING CO., INC. ET AL., <br><br> Defendants. | Civil Action No. 2:07-cv-00073 <br><br> JURY TRIAL REQUESTED |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court has considered the Joint Motion to Dismiss, and has decided to grant the motion. It is, therefore, ORDERED that:

1. The entire action hereby is dismissed with prejudice;

2. Each party shall bear its own costs of suit and attorneys' fees; and

3. The Court shall retain jurisdiction over the parties for purposes of enforcing the Confidential Settlement Agreement dated January 30, 2012, incorporated herein by this reference.

**SIGNED this 8th day of March, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE